MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiffs
Clinton Fredenberg, Freeman Fong and Pamela Mallory

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:   (415) 856-7000
Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON FREDENBERG, FREEMAN FONG and PAMELA MALLORY,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:15-CV-05291-WHA<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE  CLAIMS OF PLAINTIFF CLINTON FREDENBERG**<br><br>Judge:          Honorable William H. Alsup<br>Dept.:           8<br><br>Complaint Filed:    April 13, 2015<br>Trial Date:             May 15, 2017 |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that plaintiff Clinton Fredenberg's claims only may be and hereby are

3  DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect

4  to those claims.

6  Dated:  June 6, 2016.       .      _____
                                         William H. Alsup
7                                        United States District Judge