1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiffs
6
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
7  JULLIE Z. LAL (Cal. State Bar No. 279067)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
9  San Francisco, California  94105-3441
   Telephone:    (415) 856-7000
10 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
11 jullielal@paulhastings.com
   justinscott@paulhastings.com
12
   Attorneys for Defendant
13 Rite Aid Corporation

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| CLINTON FREDENBERG, FREEMAN FONG and PAMELA MALLORY,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:15-CV-05291-WHA<br><br>**[PROPOSED] ORDER DISMISSING WITH PREJUDICE  CLAIMS OF PLAINTIFF PAMELA MALLORY**<br><br>Judge:    Hon. William H. Alsup |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that plaintiff Pamela Mallory's claims only may be and hereby are
3  DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect
4  to those claims.

6  Dated:  August 2, 2016.                .   _____
7  William H. Alsup
   United States District Judge